February 24, 1984.

472 A.2d 265

Commonwealth v. Batchler, Appellant.

Argued December 8, 1983. Morton Gordesky, for appellant; Michael L. Turner, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.

472 A.2d 266

Commonwealth v. Blount, Appellant.

Petition for Allowance of Appeal
Denied May 25, 1984.

Submitted September 7, 1983. William T. Cannon, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.